**98–866.   State ex rel. Smith v. Indus. Comm.**
Franklin App. No. 97APD04–457.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–944.   State ex rel. Overlow v. Indus. Comm.**
Franklin App. No. 97APD03–414.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellants' application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1077.   Gecep Corp. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 96–S–438 and 96–S–439.   This cause is pending before the court from the Board of Tax Appeals.   It appears from the records of this court that appellant has not filed a merit brief, due August 3, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence.   Upon consideration thereof,
    IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Tuesday, August 18, 1998*

## MERIT DOCKET

**98–1415.   State ex rel. GMS Mgt. Co., Inc. v. Ohio Civ. Rights Comm.**
In Mandamus and Prohibition.   This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition.   Upon consideration of the motions to dismiss of Judge Bond and the Ohio Civil Rights Commission and Attorney General Betty D. Montgomery,
    IT IS ORDERED by the court that the motions to dismiss be, and hereby are, granted.
    IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
    MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.
    DOUGLAS, J., would grant an alternative writ.

## MISCELLANEOUS DISMISSALS

**97–1226.   State ex rel. McRae v. Indus. Comm.**
Franklin App. No. 96APD07–881.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1386.   State ex rel. Craft v. PCC Airfoils, Inc.**
Franklin App. No. 97APD03–447.   This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.   Upon consideration of appellants' application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.